**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6181**

---

ROBERT WATSON,

                              Plaintiff - Appellant,

        versus

MICHAEL MOORE; GERALDINE MIRO; MR. NICHOLS;
MS. ROSS; MS. JOHNSON; JOHN SHU; D. L. SMITH;
MR. COHEN; FRED BROWN; SERGEANT JOHNSON;
CAPTAIN ALBRITTON,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence. Dennis W. Shedd, District Judge. (CA-
96-3371-4-19BE)

---

Submitted:  May 1, 1997               Decided:  May 8, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert Watson, Appellant Pro Se.  Sandra J. Senn, STUCKEY & SENN,
Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order, which dismissed all Defendants except one and ordered service of complaint on the remaining Defendant. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2